TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER CRAM,<br><br>Defendant. | FELONY COMPLAINT<br><br>MAGIS NO. 2:22mj428-DAO<br><br>VIOS. COUNTS 1, 2, 18 U.S.C. § 2113(a), CREDIT UNION ROBBERY. |

**COUNT 1**
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about June 21, 2022, in the District of Utah,

TANNER CRAM,

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the Deseret First Credit Union, located at 9325 S. Village Shop Dr Sandy, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the Deseret First Credit Union, a credit union

whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

**COUNT 2**
(Credit Union Robbery)
18 U.S.C. § 2113(a)

On or about June 21, 2022, in the District of Utah,

TANNER CRAM,

the defendant herein, by force, violence, and intimidation did take from the person and presence of others, employees of the America First Credit Union, located at 1799 S. Pioneer Rd, Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control, management, and possession of the America First Credit Union, a credit union whose deposits are and on the date of the robbery were then insured by the National Credit Union Administration Board (NCUAB); all in violation of 18 U.S.C. § 2113(a).

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Michael Coles, being duly sworn on oath, state as follows:

1. Your Affiant, Michael Coles, is a Salt Lake City Police Officer assigned to the Robbery/violent Crimes Unit. Your Affiant has been a police officer since July 2007 and graduated from the Salt Lake City Police Departments Officer Standards and Training Academy (POST) in November of 2007. Your affiant has worked several years in investigating burglary, theft crimes, aggravated assaults, assaults, and robberies, and is currently assigned to the Salt Lake City Police Departments' Robbery and Violent Crimes

Unit and is a Task Force Officer with the FBI Violent Crimes Task Force investigating violent crimes against persons. Prior to that, your affiant worked in a patrol function investigating and responding to calls for service. Your affiant has investigated hundreds of cases. Among those cases your affiant has written warrants and seized evidence to be used to link individuals to locations and offenses. Your affiant has written and served numerous search warrants resulting in the seizure of property and information that has led to successful prosecutions. Your affiant has also received specialized training related to current crime trends, crime recognition, and investigative techniques. Your affiant is certified to write search warrants and has completed all necessary associated training.

2. On or about 06/21/2022 officers responded to a robbery at the Deseret First Credit Union, 9325 S Village Shop Dr Sandy, Utah. The victim teller, D. Tebbs (TEBBS), reported that a white male, approximately 25 years old, entered the credit union and immediately sat down in one of the lounge chairs that is located beside the interior entrance doors. TEBBS said he observed the male suspect sit in the chair in the branch for approximately a minute and ruffle through his black backpack. TEBBS said the suspect then approached his teller window and slid a full size paper note to him. TEBBS said the note read that it was a robbery and instructed him to give the suspect 20's, 50's and 100's and place them in the suspect's backpack. TEBBS stated the suspect reached around the clear plastic protective barrier and placed the backpack on TEBBS' desk. TEBBS said while he was reading the suspect's note, he observed a black handgun

inside the front waistband of the suspects pants. TEBBS stated the suspect's shirt was tucked in exposing the gun. TEBBS didn't have a description of the gun, other than it was black and it was a handgun.

3. TEBBS said he complied with the demands of the note but was only able to access $148 worth of rolled coins which he placed in the suspects backpack. The suspect then took the backpack and left on foot. TEBBS said the suspect left the note on the counter.

4. TEBBS described the suspect as a white male adult, approximately 25 years old, blonde spikey hair and longer in the back, approximately 5'8" tall, tan pants, a black shirt with flowers on it, and was carrying a black backpack with lots of gold zippers. I was able to observe surveillance video footage of the incident and description of the suspect given by the witnesses matched with the suspect in the surveillance video footage. Still images from, the video surveillance were taken and shared with other officers and agencies

5. Later that same day Salt Lake City Police Department responded to a robbery at the America First Credit Union, 1799 S. Pioneer Rd, Salt Lake City, Utah. Surveillance footage was available as officers were arriving and they sent out an image of the suspect during this incident. The suspect in this image was clearly recognizable as the same suspect from the Deseret First Robbery.

6. America First teller A. Southard (SOUTHARD) reported that the suspect had entered the branch and went to a counter where he was writing something on a piece of paper. The suspect then approached her teller station and SOUTHARD said that it was a note that had "Account Number" written across the top but then it said, "This is a robbery." She said the note also said he had a Glock and to give him all of her $100, $50, and $20 bills. SOUTHARD said that she realized that by asking for the $20 bills it would allow her to pull her bait money and trigger the alarm without causing suspicion. SOUTHARD also said that the suspect appeared to be manipulating something in his pants waistband as if he had a gun, however, she did not ever see a gun. SOUTHARD said she started pulling money out but froze while she tried to figure out how she was going to reconcile this with the computer. She said that she then started to count the money out to him but she said the suspect reached over and grabbed the money and told her there was no need to count it. SOUTHARD said she did not recall where the suspect put the money but said he was manipulating his backpack and thought it might have been put in the backpack. SOUTHARD said that the suspect left the note and she picked it up to show her manager.

7. SOUTHARD described the suspect as a white male adult with reddish blonde spiked hair. She said he was shorter than she was and she is 5'5" tall. She also said he was skinny. SOUTHARD said he had a thin reddish colored beard. When I asked her to describe what "thin" meant she said it was like he had not shaved for a few days. She

said he was wearing a black suit jacket or blazer with a shirt and tie. She said he had black pants and a vest that had a silvery metallic shine to it. She said that he also had a black backpack that was larger than a normal school backpack but not a large hiking pack.

8. Your affiant reviewed images from both the Deseret First and America First surveillance footage and it is clearly the same suspect in each video. Your affiant also observed the notes written by the suspects at each credit Union and it appears to have been written by the same suspect and uses some of the same wording and verbiage.

9. With such good facial images of the suspect at each credit union, a media release was sent out in an attempt to solicit from the public anyone who might recognize the suspect. Within an hour or so of the release going out both SLCPD and Sandy PD received several tips identifying the suspect as Tanner Cram. One of the tips came from Tanner's father, Kent Cram who said he saw the images released and was positive it was his son in the images. Sandy Detectives also provided the images to The SIAC to be run through their facial; recognition software and they received back two possible matches, both of which are DL images of Tanner Cram, one being a newer DL picture which was 97.64% confirmed, and the older DL picture was 94.64% confirmation.

10. Kent Cram updated officers later today that Tanner had told him he had flown to Las Vegas and left his vehicle at the Airport parking garage in Salt Lake City. Officers located Tanner's vehicle at the Airport and in plain view in the vehicle observed

clothing used in the robberies and rolled coins from the Deseret First Credit Union robbery, inside of the vehicle.

11. FBI Agents in Las Vegas have confirmed that Tanner Cram has a hotel room registered in his name at Caesars Palace and they have seen him there and are awaiting an arrest warrant to detain him.

12. Based on my training and experience, I believe there is probable cause to arrest Tanner Cram. Your affiant requests a felony complaint and an arrest warrant be issued for Tanner Cram.

Dated this 22nd day of June 2022.

MICHAEL COLES
Detective SLCPD, FBI TFO

Subscribed and sworn to before me, this 22 day of June 22, 2022.

Daphne A. Oberg
DAPHNE A. OBERG
United States Chief Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney
Carlos A. Esqueda
CARLOS A. ESQUEDA
Assistant United States Attorney